UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00262-F

| | |
|---|---|
| WILLIAM S. JONES, JR., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; )<br>DEPUY INTERNATIONAL LIMITED; )<br>JOHNSON & JOHNSON; JOHNSON & JOHNSON )<br>SERVICES, INC.; and JOHNSON & JOHNSON )<br>INTERNATIONAL, )<br>      Defendants. ) | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 25TH day of May, 2011.

                                                JAMES C. FOX
                                               Senior United States District Judge